UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OM SRIVASTAVA, TUSHAR PARIKH and THOMAS MICHALSKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DANAHER CONTROLS and GID ACQUISITION COMPANY d/b/a GULTON GRAPHIC INSTRUMENTS DIVISION,<br><br>　　　　Defendants. | CIVIL ACTION NO. 02-4932 (DRD)<br><br>**ORDER** |

　　This matter having come before the court upon the motion of Defendants Danaher Controls and GID Acquisition Company ("Defendants"), by and through their counsel, for summary judgment pursuant to FED. R. CIV. P. 56(c), and the motion of Plaintiffs Om Srivastava, Tushar Parikh, and Thomas Michalski ("Plaintiffs"), by and through their counsel, for summary judgment pursuant FED. R. CIV. P. 56(c); and notice having been given to all parties, in consideration of the parties' submissions and the arguments of counsel, for good cause shown, and for the reasons set forth in the court's opinion of even date;

　　IT IS, on this 24th day of May, 2005, ORDERED that Defendants' motion for summary judgment is GRANTED with respect to Plaintiffs' claims and DENIED with respect to Defendants' counterclaim, and Plaintiffs' motion for summary judgment is DENIED with respect to Plaintiffs' claims and GRANTED with respect to Defendants' counterclaim.

　　　　　　　　　　　　　　　　　　　　/s/ Dickinson R. Debevoise
　　　　　　　　　　　　　　　　　　　　Dickinson R. Debevoise, U.S.S.D.J.